**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-80709-RAR**

**LEE MITCHELL JOHNSON**,

    Plaintiff,

v.

**DEPUTY WILLIAMS,** *et al.*,

    Defendants.
_____/

**ORDER TO U.S. MARSHAL DIRECTING**
**PERSONAL SERVICE UPON DEFENDANTS**

Plaintiff in the above-captioned civil action is proceeding *in forma pauperis*, and Federal Rule of Civil Procedure 4(e) provides that service be effected as follows:

(e) SERVICE UPON INDIVIDUALS WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States by:

    (1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State; or

    (2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

Plaintiff has been permitted to proceed *in forma pauperis* and is therefore entitled to service of process at public expense. Accordingly, it is **ORDERED AND ADJUDGED** that the United States Marshal shall serve a copy of the Final Amended Complaint [ECF No. 10], Screening Report and Recommendations [ECF No. 13], Order Adopting the Report and Recommendations [ECF No. 20], and appropriate summons upon the following Defendant:

**Deputy P. Tyson,**
**Palm Beach County Sheriff's Office**
**3228 Gun Club Road**
**West Palm Beach, FL 33406**

IN THE EVENT THAT <u>PERSONAL</u> SERVICE CANNOT BE EFFECTED UPON AN INDIVIDUAL DEFENDANT, THE MARSHAL MAY SUBSTITUTE SERVICE, IF NECESSARY, IN ACCORDANCE WITH APPLICABLE FEDERAL AND/OR STATE LAW. <u>WHEN DOING SO, THE MARSHAL SHALL MAKE CLEAR AND SPECIFIC NOTATIONS ON THE "PROCESS RECEIPT AND RETURN," WHICH RECORD THE ACCEPTING OFFICER'S FULL NAME, TITLE, AND BADGE NUMBER, IN ADDITION TO THE MARSHAL'S REMARKS EXPLAINING THE REASON THAT THE NAMED INDIVIDUAL COULD NOT PERSONALLY BE SERVED</u>.

**DONE AND ORDERED** in Miami, Florida, this 25th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:  Lee Mitchell Johnson
     0384240
     Palm Beach County DC
     P.O. Box 1450
     Belle Glade, FL 33430
     PRO SE