U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEE MITCHELL JOHNSON, | 20-80709-CV-RUIZ (#1) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEPUTY WILLIAMS, et al., | SUMMONS & COMPLAINT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Deputy P. Tyson
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: Palm Beach County Sheriff's Office 3228 Gun Club Rd West Palm Beach, FL 33406

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lee Mitchell Johnson, Pro Se, Inmate#0384240  
PBC Detention Center  
Inmate Mail/Parcels P.O. Box 1450  
Belle Glade, FL 33430

*mailed 12/7/2020*

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.: ∅

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: (561) 655-1827  
DATE: 11/30/2020

---
**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

- Total Process: 1
- District of Origin No.: C04
- District to Serve No.: C04
- Signature of Authorized USMS Deputy or Clerk
- Date: 11/30/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Julia Bembry (#26701); Court Liaison / Court Services  
Date: 12/01/2020  
Time: 1000 ☒ am ☐ pm

Address *(complete only different than shown above)*: 205 N. Dixie Hwy, WPB, FL 33401

Signature of U.S. Marshal or Deputy: Chaves #2729

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $25.38 (4?) | ∅ | $155.38 | ∅ | $155.38 |

REMARKS:

12/7/2020 - At approximately 1000 hrs, I served Julia Bembry (#26701), who is designated by law to accept service of process on behalf of, Deputy P. Tyson. (mc)

FILED BY ___ hm ___ D.C.  
DEC 08 2020  
ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-80709-CV-RUIZ ( #1 )

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy P. Tyson,
was received by me on *(date)* 12/2/2020.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Julia Bembry / Court Liaison, who is designated by law to accept service of process on behalf of *(name of organization)* Deputy P. Tyson on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 25.38 for travel and $ 130.00 for services, for a total of $ 0.00.
$155.38

I declare under penalty of perjury that this information is true.

Date: 12/7/2020

_____
Server's signature

Dusm M. Chaves
Printed name and title

77 Clematis Street
Room - 215
West Palm Beach, FL 33401
Server's address

Additional information regarding attempted service, etc: