# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEE MITCHELL JOHNSON, | 20-80709-CV-RUIZ (#2) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEPUTY WILLIAMS, et al., | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deputy Williams

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Palm Beach County Sheriff's Office 3228 Gun Club Rd West Palm Beach, FL 33406

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lee Mitchell Johnson, Pro Se, Inmate#0384240
PBC Detention Center
Inmate Mail/Parcels P.O. Box 1450
Belle Glade, FL 33430

mailed 12/7/2020

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.: ∅

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (561) 655-1827
DATE: 11/30/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: C04
District to Serve No.: C04
Date: 11/30/2020

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 12/07/2020
Time: 10 00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: Chaves #2729

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| ∅ | ∅ | ∅ | ∅ | ∅ | ∅ |

**REMARKS**

1st endeavor- DUSM Chaves was able to narrow the search down to (3) Deputies by the last name "Williams." All (3) Deputies worked the same day. So, due to the lack of identifiers provided, DUSM Chaves, is not able to complete service.

FILED by ___ D.C.
MG
DEC 08 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-80709-CV-RUIZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy Williams

was received by me on *(date)* 12/2/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because lack of identifiers ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/7/2020

_____
Server's signature

DUSM M. Chaves
*Printed name and title*

701 Clematis Street
Room - 215
West Palm Beach, FL 33401

Additional information regarding attempted service, etc: