U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>LEE MITCHELL JOHNSON, | COURT CASE NUMBER<br>20-80709    (#3) |
|---|---|
| DEFENDANT<br>DEPUTY E. WILLIAMS, et al., | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Deputy E. Williams (Badge# 29815)
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Palm Beach County Sheriff's Office, 205 North Dixie Highway, Room 1.1200

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lee Mitchell Johnson, Pro Se, Inmate#0384240  
PBC Detention Center  
Inmate Mail/Parcels P.O. Box 1450  
Belle Glade, FL 33430    Mailed on 12/18/2020

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: (561) 655-1827  
DATE: 12/18/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No.: C04  
District to Serve No.: C04  
Signature of Authorized USMS Deputy or Clerk  
Date: 12/18/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
J. Bembry (#26701) Court Liaison Court Services Division  
Date: 12/18/2020  Time: 0930  ☒ am ☐ pm  
Signature of U.S. Marshal or Deputy: #2729 DUSM Chaves

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | | $65.00 | 0 | $65.00 |

REMARKS

FILED BY **NEE** D.C.  
DEC 21 2020  
ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

12/18/2020- This is the second service request made by Pro-Se Defendant, LEE MITCHELL JOHNSON. Mr. LEE MITCHELL JOHNSON, was able to provide all identifiers necessary to serve, Deputy E. Williams (Badge# 29815). On 12/18/2020, at approximately 0930 hrs, I served the summons and complaint on J. Bembry (#26701) Court Liaison Court Services Division, who is designated by law to accept service of process on behalf of Deputy E. Williams (Badge# 29815).

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE    Form USM-285 Rev. 11/18